**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANKLIN LAINE RASBERRY, II,<br><br>　　Plaintiff<br><br>v.<br><br>DEPARTMENT OF THE TREASURY BUREAU OF FISCAL SERVICE,<br><br>　　Defendant | Case No.: 2:24-cv-00110-APG-DJA<br><br>**Order Dismissing Case** |

　　On May 1, 2024, Magistrate Judge Albregts gave plaintiff Franklin Rasberry, II until May 31, 2024 to file an amended complaint. ECF No. 6. Rasberry has not filed an amended complaint or otherwise taken action to pursue this case.

　　I THEREFORE ORDER that this case is dismissed without prejudice. The clerk of court is instructed to close this case.

　　DATED this 2nd day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE